COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING
## AND EN BANC RECONSIDERATION

Case number:     01-14-00599-CV

Style: *St. Mina Auto Sales, Inc. & Victor Elgohary, Appellants v. Najwa Al-Muasher d/b/a American Auto Sales & American Auto Sales 1.1, Appellee*, No. 01-14-00599-CV

Type of motion:    Motion for rehearing and en banc reconsideration

Party filing motion:     Appellants

The panel having voted to deny rehearing and the en banc Court having voted unanimously against rehearing en banc, it is **ordered** that the motion for rehearing and en banc reconsideration is **denied**.

Judge's signature: /s/ Jane Bland
                   Acting for the Court

Before: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: January 29, 2016